In the Matter of MUJAHID FARID, Appellant, v ROBERT DENNISON, *as Chair of the Board of Parole, et al., Respondents.*

Submitted August 25, 2008; decided September 11, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.